# JS-6

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612
(415) 882-5000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE BREDIGER and KELLY BREDIGER,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 TO 10 inclusive,<br><br>Defendants. | Case No. 8:21-cv-00383-JVS-ADS<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION SHOULD BE, AND HEREBY IS, DISMISSED in its entirety WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: February 09, 2022

_____
HON. JAMES V. SELNA
United States District Judge